## GODBY *v.* GODBY.

CANDLER, J. The evidence, while in some respects conflicting, fully warranted a finding that the husband had cruelly mistreated his wife and refused to support her and their minor children ; and the discretion of the trial court in awarding temporary alimony and attorney's fees to the wife will therefore not be controlled. *Judgment affirmed. By five Justices.*

Argued July 11, — Decided August 13, 1903.

Petition for alimony. Before Judge Roan. Campbell superior court. June 1, 1903.

*J. F. Golightly,* for plaintiff in error. *C. S. Reid,* contra.